# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>CARLOS ENRIQUE MARQUEZ(1),<br><br>　　　　　　　Defendant. | CASE NO. 11cr5656-JLS<br><br>**JUDGMENT OF DISMISSAL** |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

 X 　an indictment has been filed in case 12cr0382-JLS against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

 ___ 　the Court has dismissed the case for unnecessary delay; or

 ___ 　the Court has granted the motion of the Government for dismissal, without prejudice; or

 ___ 　the Court has granted the motion of the defendant for a judgment of acquittal; or

 ___ 　a jury has been waived, and the Court has found the defendant not guilty; or

 ___ 　the jury has returned its verdict, finding the defendant not guilty;

 X 　of the offense(s) as charged in the Information:

　　　21:952 and 960

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: 2/9/2012

　　　　　　　　　　　　　　　　　　　_Barbara L. Major_
　　　　　　　　　　　　　　　　　　　Barbara L. Major
　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge